THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLAIR ALLEN MCHENRY, *et al.*,<br><br>Defendants. | CASE NO. C16-0798-JCC<br><br>ORDER ON PLAINTIFF'S MOTION TO CONFIRM FORECLOSURE SALE |

This matter comes before the Court on Plaintiff's motion to confirm the sale of real property to satisfy a judgement (Dkt. No. 26). On June 5, 2015, the Court granted Plaintiff's unopposed motion for an order of foreclosure (Dkt. No. 25). Pursuant to the Court's order, Plaintiff was required to confirm the foreclosure sale by filing with the Court: (1) a report of sale; (2) proposed order of confirmation of sale; and (3) proposed deed. Having reviewed Plaintiff's motion and attachments, the Court FINDS the following:

The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the real property so sold is more particularly described as:

> A tract of land situated in the Southwest quarter of the Northeast quarter and in the Northwest quarter of the Southeast quarter of Section 5, Township 39 North, Range 2 East of W.M., more particularly described as follows:

ORDER ON PLAINTIFF'S MOTION TO
CONFIRM FORECLOSURE SALE
PAGE - 1

> Beginning at a quarter stake on the South line of Section 5, Township 39 North, Range 2 East of W.M.; thence North 3126 feet on the quarter line to a point 439 feet North of the center of said Section, which is the point of true beginning; thence South 480 feet on the quarter line to a point 41 feet South of the center of said Section; thence Easterly South 89°30' East along the line of the 25 Year Old Fence a distance of 900 feet; thence North parallel to the West line of said quarter Section a distance of 500 feet; thence Westerly to the point of beginning. Except the North 230 feet thereof
>
> Except Enterprise Road
>
> Situated in Whatcom County, Washington

(hereafter "the Real Property").

The record also reflects that on the date of the sale, all rights, title and interest of the Defendants in and to the Real Property were sold by the United States Marshal to the United States Department of Agriculture, Farm Service Agency; the United States Marshal properly made and filed his Return and Report of Sale on September 8, 2017; the Defendants have all failed to appear and the Court has entered a Default Judgment against them; and, no objections or exceptions were made or filed to the sale of the Real Property or the United States Marshal's Return & Report thereof.

Accordingly, and in light of the remaining record, IT IS HEREBY ORDERED that:

1. The Plaintiff's motion for order confirming foreclosure sale is GRANTED.

2. The Return and Report of the United States Marshal, and the Foreclosure Sale, are in all respects approved and CONFIRMED. The Marshal shall execute and deliver the original certificate of sale/purchase to the purchaser.

3. The United States Marshal, or his successor in office, shall EXECUTE and DELIVER a good and sufficient Deed of Conveyance of the foreclosed Real Property upon the

1 expiration of the 12-month redemption period, absent a redemption, without the need for
2 further order of the Court.
3     The District Court Clerk is DIRECTED to enter this Order and provide copies to
4 counsel.
5     DATED this 19th day of September, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE