THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BLAIR ALLEN MCHENRY, *et al.*,<br><br>Defendants. | CASE NO. C16-0798-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion for a deficiency judgment (Dkt. No. 29). The Court previously entered default judgment against Defendant Blair Allen McHenry in the amount of $387,998.94, plus interest, filing fees, attorney fees, litigation costs, and costs of a foreclosure sale. (Dkt. No. 21 at 2.) The default judgment also foreclosed various mortgages against a parcel of McHenry's real property in Whatcom County. (*Id*. at 3.) The Court subsequently issued an order of foreclosure sale, which authorized the U.S. Marshal to conduct a foreclosure sale of the property. (Dkt. No. 25.) That order specified the terms of the foreclosure sale and stated that the "United States shall have a deficiency judgment against Defendant Blair McHenry in the event the amount received from the sale of the Real Property is insufficient to pay the Judgment of the United States in full." (*Id*. at 5.)

The U.S. Marshal conducted a foreclosure sale and received a credit bid of $192,000. (Dkt. No. 30 at 2.) Defendant later redeemed the property by paying $197,108.72, which amounted to the credit bid, plus interest, taxes, and costs of conducting the foreclosure sale. (*Id*.; Dkt. No. 28 at 4.) After crediting Defendant's redemption payment, his outstanding balance on the judgment debt in this case is $201,709.99. (Dkt. No. 30 at 2.)

Having considered the United States' motion and the supporting Declaration of Houston Bruck, as well as the relevant record, the Court FINDS that the United States is entitled to a deficiency judgment against Defendant Blair Allen McHenry. Accordingly, the United States' motion for deficiency judgment (Dkt. No. 29) is GRANTED. The Clerk of Court is directed to enter a deficiency judgment in favor of the United States of America and against Blair Allen McHenry, in the amount of $201,709.99 through December 19, 2018, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961(a) thereafter.

DATED this 8th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE